IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ADRIAN R. WALLIS,

       Petitioner,

v.                                   CASE NO.  3:07cv440-SPM/WCS

WALTER A. MCNEIL,

       Respondent.
_____/

## ORDER EXTENDING TIME TO FILE OBJECTIONS

Upon consideration, Petitioner's Unopposed Motion for Extension of Time to File Objections to Report and Recommendation (doc. 26) is granted. Petitioner shall have up to and including January 16, 2009, to file and serve objections.

DONE AND ORDERED this 7th day of January, 2009.

                                               *s/ Stephan P. Mickle*
                                               Stephan P. Mickle
                                               United States District Judge