IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ADRIAN R. WALLIS,

    Petitioner,

v.                                CASE NO. 3:07cv440-SPM/WCS

WALTER A. MCNEIL,

    Respondent.

_____/

## ORDER

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation dated December 8, 2008 (doc. 24). Petitioner has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1). Despite the objections, I have determined that the report and recommendation should be adopted.

As explained in the report and recommendation, the state court's denial of Petitioner's claims was not based on an unreasonable determination of the facts. The denial was not contrary to, or based upon and unreasonable application of, clearly established Federal law. Accordingly, it is ORDERED:

1.    The magistrate judge's report and recommendation (doc. 24) is ADOPTED and incorporated by reference in this order.

2. The 28 U.S.C. § 2254 petition for writ of habeas corpus filed by Adrian R. Wallis challenging convictions for two counts of lewd and lascivious battery and one count of lewd and lascivious molestation upon person 12 years of age or older but less than 16 years of age, in the Circuit Court of the First Judicial Circuit, in and for Santa Rosa County, Florida, case number 02-808-CFMA, is denied.

DONE AND ORDERED this 22nd day of July, 2009.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge