IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ADRIAN R. WALLIS,

    Petitioner,

v.                               CASE NO. 3:07cv440-SPM/WCS

WALTER A. MCNEIL,

    Respondent.
_____/

## ORDER EXTENDING TIME TO FILE BRIEF IN SUPPORT OF CERTIFICATE

Upon consideration, Petitioner's Unopposed Motion for Extension of Time to File a Brief in Support of His Request for a Certificate of Appealability (doc. 33) is granted. Petitioner shall have up to and including August 31, 2009, to file a brief in support of his request for a certificate of appealability.

DONE AND ORDERED this 28th day of August, 2009.

                          *s/ Stephan P. Mickle*
                          Stephan P. Mickle
                          Chief United States District Judge